UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ROBLES, *et al*.<br><br>    Defendants. | Case No. 1:18-cv-01481-AWI-EPG (PC)<br><br>**ORDER GRANTING MOTION FOR COPY OF DOCKET SHEET AND CLERK'S FILE**<br><br>(ECF No. 13) |

    Michael J. Hicks ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2018, Plaintiff commenced this action by filing a Complaint against H. Robles and John Does 1–3, correctional officers at Kern Valley State Prison, alleging that defendants failed to protect him from physical and sexual assault by other prisoners in violation of the Eighth Amendment. (ECF No. 1).

    On January 7, 2019, Plaintiff filed a motion for a copy of the court docket sheet and clerk's file, (ECF No. 13), which is now before the Court. Plaintiff explains that on December 24, 2018, he set fire to two shirts outside of his cell door. A correctional officer extinguished the fire with a fire extinguisher. In retaliation for setting the fire, a correctional officer used a fire hose inside of Plaintiff's cell, causing Plaintiff's court documents to get wet. Plaintiff's court documents were destroyed, and were thrown in the trash.

1

| | |
|---|---|
| 1 |      The Court finds good cause to grant Plaintiff's motion. Accordingly, IT IS HEREBY |
| 2 | ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket sheet as well as a |
| 3 | copy of electronic case file numbers 1, 4, 7, 8, and 10. |

IT IS SO ORDERED.

Dated: **January 15, 2019**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE