**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. ROBLES, *et al*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01481-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF. Nos. 4, 8) |

　　　　Michael J. Hicks ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on October 26, 2018, by filing a Complaint against H. Robles and John Does 1–3, correctional officers at Kern Valley State Prison. (ECF No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 26, 2018, Plaintiff filed a "Request for Emergency Protective Order." (ECF No. 4). On December 7, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the motion be denied. (ECF No. 8).

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations. *Id.* On December 26, 2018, Plaintiff filed objections, (ECF No. 11); however, on January 10, 2019, he withdrew those objections, (ECF No. 15), stating that he was placed in ad seg "pending transfer to SVSP."

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on December 7, 2018, (ECF No. 8), are ADOPTED in full;
2. Plaintiff's "Request for Emergency Protective Order," (ECF No. 4), is DENIED; and
3. The matter is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   February 25, 2019

SENIOR DISTRICT JUDGE