1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL J. HICKS,                          Case No. 1:18-cv-01481-AWI-EPG

12              Plaintiff,                       **ORDER FOR DEFENDANTS TO SHOW
                                                 CAUSE WHY THEY SHOULD NOT BE**
13         v.                                    **SANCTIONED FOR FAILURE TO
                                                 COMPLY WITH THIS COURT'S**
14                                               **ORDER REFERRING CASE TO
      H. ROBLES, *ET AL.*                        SETTLEMENT CONFERENCE BEFORE**
15                                               **A MAGISTRATE JUDGE**
              Defendants.
16                                                (ECF No. 33)

17

18        Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights
19
action pursuant to 42 U.S.C. § 1983. The Court screened the Complaint and found that it stated at
20
least one cognizable claim. The United States Marshals Service accomplished service on at least
21
one defendant.
22
23        On February 28, 2019, the Court issued an "Order Referring Case to Settlement
24
Conference Before a Magistrate Judge," (ECF No. 33) to determine whether the parties could
25
resolve the matter before going further in litigation. The Court ordered defense counsel to, within
26
thirty days of the issuance of the order, file a notice that Defendant(s) wanted to opt out of the
27

28                                                1

settlement conference, or to contact the Court's ADR coordinator to schedule the conference. Defendants' response to the Court's Order was due on or before March 30, 2019.

It has now been more than sixty days since the Court issued the Order, yet Defendants have failed to respond to same.

Accordingly, the Court orders that Defendants show cause why sanctions should not be issued for their failure to respond to the Court's February 28, 2019 Order Referring Case to Settlement Conference Before a Magistrate Judge. (ECF No. 33.)

No later than May 17, 2019, Defendants are ORDERED to file a written response to this Order to Show Cause explaining their failure to comply with to the Court's Order directing the parties to participate in a settlement conference.

IT IS SO ORDERED.

Dated:   **May 9, 2019**

_____
/s/
UNITED STATES MAGISTRATE JUDGE