# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>v.<br><br>H. ROBLES, et al.<br><br>    Defendants. | Case No. 1:18-cv-01481-AWI-EPG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(ECF No. 19) |

On May 10, 2019, the Court issued an Order for Defendants to show cause why they should not be sanctioned for failure to comply with the Court's order referring this case to a settlement conference before a Magistrate Judge. (ECF No. 46.) Defendants filed a timely response. (ECF NO. 48.)

Defendants note that, on March 25, 2019, the Court granted Defendants' motion for an extension of time to file responsive pleadings and to opt out of the settlement conference. (ECF No. 38.) and extended the deadline for Defendants to notify the Court regarding its decision to opt

1

out of or proceed with the settlement conference until thirty days from the issuance of its Screening Order.

On May 10, 2019, the Court granted Plaintiff's April 8, 2019 Motion to Amend his Complaint and screened same. The Court then submitted its findings and recommendations to the District Judge. Therefore, Defendants are in compliance with the Court's March 25, 2019 Order.

Defendants shall have thirty days from the date the District Judge rules on the Findings and Recommendations to, if necessary, file responsive pleadings and to inform the Court whether it wishes to go forward with the settlement conference.

Accordingly, the Order to Show Cause (ECF. No. 46) is HEREBY DICHARGED.

IT IS SO ORDERED.

Dated: **May 14, 2019**

/s/ Erin P. Groj
UNITED STATES MAGISTRATE JUDGE