1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11    MICHAEL J. HICKS, | **Case No. 1:18-cv-01481-AWI-EPG** |
| 12          Plaintiffs, | **ORDER DENYING PLAINTIFF'S** |
| 13      v. | **MOTION TO APPOINT COUNSEL AND MOTION FOR COURT ORDER** |
| 14    H. ROBLES, et al., | **DIRECTING PRESERVATION OF PHOTOGRAPHIC EVIDENCE AND** |
| 15          Defendants. | **ORDERING PLAINTIFF TO SERVE UPDATED INITIAL DISCLOSURES** |
| 16 | |
| 17 | (ECF Nos. 49) |

18

19        The Court conducted a Scheduling Conference in this matter on June 17, 2019. Plaintiff

20 Michael J. Hicks appeared telephonically, as did counsel for Defendants, Erik Gutierrez. At the

21 Scheduling Conference, the Court considered Plaintiff's Motion to Appoint Counsel (ECF No.

22 52) and Motion for Court Order Directing Preservation of Photographic Evidence (ECF No. 43).

23        For the reasons stated on the record, Plaintiff's Motion to Appoint Counsel (ECF No. 52)

24 is DENIED WITHOUT PREJUDICE.

25        For the reasons stated on the record, Plaintiff's Motion for Court Order Directing

26 Preservation of Photographic Evidence (ECF No. 43) is DENIED WITHOUT PREJUDICE.

27        IT IS FUTHER ORDERED that Plaintiff must supplement his initial disclosures to

28 provide the names of individuals likely to have discoverable information—along with the subjects

of that information—that Plaintiff may use to support his claims claims within thirty (30) days of this order. *See* Fed. R. Civ. Pro. 26(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   **June 20, 2019**                    /s/ *Errin P. Gros*
UNITED STATES MAGISTRATE JUDGE