UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. ROBLES, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01481-AWI-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF STIPULATION OF DISMISSAL<br><br>(ECF NO. 84) |

On September 10, 2019, Plaintiff Michael J. Hicks, and Defendants H. Robles, A. Sotelo, L. Martinez, A. Lucas, and M. Voong, filed a stipulation to dismiss this case in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 84.) In light of the dismissal of the action, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 11, 2019**__　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1