UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL J. HICKS, | Case No. 1:18-cv-01481-AWI-EPG |
|---|---|
| Plaintiff, | ORDER DIRECTING RESPONSE TO PLAINTIFF'S MOTION FOR COURT ORDER TO ENFORCE SETTLEMENT AGREEMENT AND MOTION TO WITHDRAW FROM SETTLEMENT AGREEMENT AND REOPEN CASE |
| v. | |
| H. ROBLES, *et al.*, | |
| Defendants. | (ECF Nos. 93, 94) |
| | RESPONSE TO BE FILED WITHIN 14 DAYS |

Plaintiff, Michael J. Hicks, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2020, Plaintiff filed a motion for court order to enforce settlement agreement (ECF No. 93), and on March 20, 2020, Plaintiff filed a motion to withdraw from the settlement agreement and reopen the case (ECF No. 94).

The Court directs Defendants to file, within fourteen (14) days, a response to Plaintiff's motion for court order to enforce settlement agreement (ECF No. 93) and motion to withdraw from the settlement agreement and reopen the case (ECF No. 94).

IT IS SO ORDERED.

Dated: **March 23, 2020**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1