UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ROBLES, et al.,<br><br>    Defendants. | No.  1:18-cv-01481-AWI-EPG<br><br>ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION<br><br>(ECF No. 111) |

On July 22, 2020, Plaintiff Michael J. Hicks filed a motion for reconsideration, (ECF No. 111), asking the Court to reconsider its order to hold the upcoming August 3, 2020 conference telephonically, (ECF No. 110). Plaintiff's motion requests that the hearing be conducted in person or via videoconference instead.

Due to the global pandemic, the Court is closed to the public. General Order 618 at 2 ("In light of the ongoing coronavirus (COVID-19) pandemic, all courthouses of the United States District Court for the Eastern District of California shall remain closed to the public."). Therefore, the Court will deny Plaintiff's motion to the extent he seeks an in-person hearing. The Court is, however, willing to holding this hearing via the videoconference system Zoom if available to all parties, taking into account the ability of Plaintiff's institution of confinement.

Accordingly, it is HEREBY ORDERED that no later than Tuesday, July 28, 2020, Defendants shall inform the Court whether defense counsel can appear by Zoom for this

conference and whether Plaintiff's institution of confinement is able to make this accommodation for Plaintiff.

IT IS SO ORDERED.

Dated: **July 23, 2020**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE