UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ROBLES, et al.,<br><br>    Defendants. | No. 1:18-cv-01481-AWI-EPG<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(ECF No. 111) |

On July 22, 2020, Plaintiff Michael J. Hicks filed a motion for reconsideration, seeking to change the telephonic hearing scheduled for August 3, 2020 to be held in-person or via videoconference. (ECF No. 111). The Court denied the request to hold the hearing in person given the COVID-19 pandemic and the Court's current closure but ordered the Defendants to determine whether the request for a videoconference by Zoom could be accommodated. (ECF No. 112). On July 28, 2020, the Defendants informed the Court that Plaintiff's institution of confinement could not accommodate the request to have a Zoom hearing.

Because Plaintiff's institution of confinement cannot accommodate the request, Plaintiff's Motion for Reconsideration, (ECF No. 111), is hereby DENIED.

\\\

\\\

\\\

1

1  The conference will go forward as previously scheduled (ECF No. 110) on August 3,
2  2020 at 9:30 am, with telephonic appearances.

IT IS SO ORDERED.

Dated: __**July 29, 2020**__                /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE

2