UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. 1:18-cv-01481-AWI-EPG |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR FAST TRACK OF SETTLEMENT CONFERENCE AND PAYMENT |
| H. ROBLES, et al., | |
| Defendants. | (ECF No. 119) |

On August 10, 2020, the Court set a settlement conference between the parties for October 2, 2020. On August 14, 2020, Plaintiff Michael J. Hicks ("Plaintiff") filed a motion for fast track of settlement conference and payment. (ECF No. 119). Plaintiff argues that the original settlement agreement was entered into eleven months ago, and that three other cases might need to be reopened, "Plaintiff request[s] the Court to order that both a settlement conference and payment be fast tracked to no more than 30 days from the date of the Court[']s order or as reasonably soon thereafter."

With respect to the settlement conference: the conference has been set for October 2, 2020. That date was based on the availability of the settlement judge, the Defendants, and Plaintiff's institution of confinement. The Court will not disturb that date.

With respect to the payment: the parties have not agreed to any additional payments or the speed at which they must be made. Therefore, any such order is premature.

1

Accordingly, Plaintiff's Motion for Fast Track of Settlement Conference and Payment is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __August 17, 2020__          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE