UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>                    Plaintiff,<br><br>        v.<br><br>H. ROBLES, et al.,<br><br>                    Defendants. | No.  1:18-cv-01481-AWI-EPG (PC)<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS TO BE MADE AVAILABLE<br><br>(ECF No. 125) |

Michael J. Hicks ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this closed civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court held a motion hearing on August 3, 2020.  (ECF No. 117).  On September 18, 2020, Plaintiff filed a motion for a copy of the motion hearing transcript be provided to Judge Newman, who is overseeing an upcoming settlement conference with Plaintiff, and to Plaintiff, "who is without funds[.]" (ECF No. 125 at 2).

The motion hearing was recorded, but has not yet been transcribed.  A transcription must be ordered and paid for.  Additionally, with so little time before the settlement conference, the order must be expedited requiring additional funds in order to be completed before the conference.  As Plaintiff has no funds to pay for the transcript, Plaintiff's request will be denied.[1]

---

[1] If Plaintiff can pay for a copy of the transcript, he may place an order with the Electronic Court Recorder Operator.  In this instance, if Plaintiff wants to obtain a copy of the transcript, he

1

Although the Court appreciates that access to a transcript could help the parties explain the case status to Judge Newman, it is not necessary for the settlement conference. The parties will have an opportunity to describe the case status in confidential briefs and directly to Judge Newman during the conference.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for a copy of the motions hearing transcript is DENIED.

IT IS SO ORDERED.

Dated: __September 22, 2020__          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

should write to Alice Timken, ECRO, 2500 Tulare Street, Fresno, CA, 93721, Room 1501. The correspondence should include the case name, case number, date of hearing, and the portion(s) of the transcript that Plaintiff wishes to order. Ms. Timken can provide further information regarding the exact cost of obtaining this transcript. However, the Court notes that it is unlikely any transcript will reach Plaintiff before the settlement conference.