1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    MICHAEL J. HICKS,                          No.  1:18-cv-01481-AWI-EPG (PC)

11              Plaintiff,

12         v.                                     ORDER TO FILE DISPOSITIONAL
                                                  DOCUMENTS OR MOTION FOR
13    H. ROBLES, et al.,                          EXTENSION OF TIME

14              Defendants.

15

16         On October 2, 2020, the parties held a settlement conference with Judge Newman in

17    connection with Plaintiff's pending motions concerning the settlement agreement previously

18    reached. (ECF No. 131). The parties reached an agreement, and Judge Newman's minute order

19    required that "[d]ispositional documents [shall] be filed within 30 days" in this case and several

20    others. (*Id.*). Such dispositional documents were due yesterday, November 2, 2020, and they were

21    not filed in this action.

22         Accordingly, IT IS HEREBY ORDERED that no later than November 6, 2020, the parties

23    shall file dispositional documents or a motion for an extension of time with an explanation for the

24    delay.
      IT IS SO ORDERED.
25

26      Dated:    **November 3, 2020**            /s/ _Erica P. Grosjean_

27                                                UNITED STATES MAGISTRATE JUDGE

28

                                                  1