UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ROBLES, et al.,<br><br>    Defendants. | No. 1:18-cv-01481-AWI-EPG (PC)<br><br>ORDER CONCERNING STIPULATION TO WITHDRAW ALL PENDING MOTIONS |

On November 6, 2020, the parties filed a stipulation to withdraw all pending motions. (ECF No. 136). Pursuant to the stipulation, the Court hereby considers all pending motions in this matter withdrawn. All pending deadlines in this case are HEREBY VACATED.

IT IS SO ORDERED.

    Dated: **November 6, 2020**            /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE